IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN D. CRAWFORD, | : | |
| | : | |
| Plaintiff, | : | No. 1: CV-03-0693 |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DAUPHIN, | : | |
| CITY OF HARRISBURG, | : | |
| JANICE ROADCAP, JOHN C. | : | (Judge McClure) |
| BALSHY and WALTON | : | |
| DEWEY SIMPSON, JR., | : | |
| ADMINISTRATOR OF THE | : | |
| ESTATE OF WALTER D. | : | |
| SIMPSON, | : | |
| | : | |
| Defendants | : | |

**O R D E R**

January 30, 2006

**BACKGROUND:**

On March 28, 2003, plaintiff filed a complaint in the Court of Common Pleas of Dauphin County at docket number 2003-CV-1452. Shortly thereafter the matter was removed to the Middle District of Pennsylvania. On October 6, 2005, the court granted defendant City of Harrisburg's motion for summary judgment and denied the other defendants' motions for summary judgment. Upon a motion for reconsideration, on January 19, 2006, the court granted defendant County of

1

Dauphin's motion for summary judgment. The case is currently scheduled for the April 2006 trial list.

On January 6, 2006, defendants filed a Joint Motion to Preclude or Limit the Testimony of Plaintiff's Expert, Gary W. Jones. (Rec. Doc. No. 198.) After briefing was completed on the matter we postponed ruling on the motion and directed plaintiff to provide the court with a clarifying statement regarding his arguments advanced in opposition to the motion. Now before the court is plaintiff's clarification.

Plaintiff now indicates that he intends to offer the testimony of Jones at trial for the limited purpose of criticizing any testimony offered by defendants' experts on the method of print transfer regarding evidence in Crawford's criminal case. Jones's opinion is that an opinion cannot be reached on the method of transfer without analyzing the original print. As part of plaintiff's clarification he has filed Jones's curriculum vitae which identifies his education, training, experience, publications and previous testimony. In light of the plaintiff's response we will allow Jones to testify at trial for the limited purpose proffered by Crawford.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Defendants' Joint Motion to Preclude or Limit the Testimony of Plaintiff's Expert, Gary W. Jones is denied. (Rec. Doc. No. 198.)

s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge
